IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DEVORIS WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv911-MHT |
| | ) | (WO) |
| EDWARD ELLINGTON, Warden, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining of unsafe and inhumane conditions of confinement, denial of medical care, and discriminatory treatment at Draper Correctional Facility. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to respond to the defendants' special report and abandonment of his case. There are no objections to the recommendation. After an independent and de

novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of April, 2018.

                         /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE